IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GEORGE J. ERBE,** | : | NO. 1:08-CV-0813 |
| **LACTONA CORPORATION,** | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **JOHN E. POTTER,** | : | |
| Defendant | : | |

# **ORDER**

AND NOW, this 27th day of April, 2010, it is hereby ORDERED that jury selection in the above-captioned matter is RESCHEDULED from May 3, 2010, to **Wednesday, May 5, 2010, at 9:30 a.m.**, in Courtroom No. 2, Ninth Floor, 228 Walnut Street, Harrisburg, Pennsylvania.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge
