IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT

OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE J. ERBE | : | |
| Plaintiff | : | CIVIL ACTION |
| vs | : | NO. 1: 08-CV-0813-CCC |
| JOHN E. POTTER, | : | JURY TRIAL DEMANDED |
| Postmaster General, | : | JUDGE CONNER |
| Defendant | : | |

## <u>JOINT PROPOSED INITIAL CAUTIONARY ISTRUCTION</u>

You have heard the Defendant in this case identified as John E. Potter. Mr. Potter

was at the relevant time the Postmaster General of the United States. Under our

laws, a USPS employee who wishes to sue their employer must sue the Postmaster

General, rather than the USPS itself. Moreover, Mr. Potter will not attend this trial

nor testify at this trial. I instruct you that you should not hold against Mr. Erbe the

fact that he sued Mr. Potter instead of USPS itself. It would be equally improper to

hold against the USPS the fact that Mr. Potter will not be attending or participating

in this trial in any manner.

Respectfully submitted,
THE LAW OFFICES OF LARRY MARKOWITZ

By: /s Lawrence S. Markowitz
Lawrence S. Markowitz
1630 Randow Rd.
York, PA 17403
(717) 848-3282
(717) 848-5582 (fax)
Email: LarryM359@aol.com
PA 41072


DENNIS C. PFANNENSCHMIDT
United States Attorney

By: /s Melissa A. Swauger
MELISSA A. SWAUGER
Assistant United States Attorney
PA 82382
228 Walnut St., 2nd Fl.
PO Box 11754
Harrisburg, PA 17108-1754
717-221-4482
717-221-4582 (fax)
Email: melissa.swauger@usdoj.gov