IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE J. ERBE, | : | |
|     Plaintiff, | : | No. 1:08-CV-0813 |
| | : | |
| v. | : | (Conner, J.) |
| | : | (Smyser, M.J.) |
| JOHN E. POTTER, POSTMASTER GENERAL, | : | |
|     Defendant. | : | |

**<u>PLAINTIFF'S PROPOSED SUPPLEMENTAL JURY INSTRUCTION</u>**

The testimony of a doctor is entitled to no more or less consideration based on the fact that the witness is employed in the field of medicine. You are to evaluate the doctor's testimony as you would any other witness in this case.

                          s/ Dennis L. Friedman
                          _____
                          DENNIS L. FRIEDMAN
                          Attorney for Plaintiff
                          1515 Market Street, Suite 714
                          Philadelphia, PA  19102-1907
                          (215) 567-4600

                          s/ Lawrence S. Markowitz, Esquire
                          _____
                          The Law Offices of Larry Markowitz
                          LAWRENCE S. MARKOWITZ, ESQUIRE
                          Co-Counsel for Plaintiff
                          PA 41072
                          1630 Randow Road
                          York, PA  17403
                          (717) 848-3282
                          (717) 848-5582 - fax
                          larrym359@aol.com

## CERTIFICATE OF SERVICE

I certify that I am this 8 day of May, 2010, serving a copy of the foregoing

Document upon the person below as follows:

By electronic filing:

DENNIS C. PFANNENSCHMIDT
United States Attorney
MELISSA A. SWAUGER
Assistant United States Attorney
PA 82382
228 Walnut St., 2nd Fl.
PO Box 11754
Harrisburg, PA 17108-1754
717-221-4482
717-221-4582 (fax)
Email: melissa.swauger@usdoj.gov

                s/ Lawrence S. Markowitz, Esquire
                _____
                The Law Offices of Larry Markowitz
                LAWRENCE S. MARKOWITZ, ESQUIRE
                Co-Counsel for Plaintiff
                PA 41072
                1630 Randow Road
                York, PA  17403
                (717) 848-3282
                (717) 848-5582 - fax
                larrym359@aol.com